# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 29, 2022

Lyle W. Cayce
Clerk

No. 20-10889

CODY EVERETT BARNHILL,

*Plaintiff—Appellant*,

*versus*

PEPPER BRADBERRY,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:18-CV-159

Before SOUTHWICK, GRAVES, and COSTA, *Circuit Judges*.

PER CURIAM:*

Cody Everett Barnhill, Texas prisoner # 1948527, moves for leave to appeal in forma pauperis (IFP) from the denial of various orders entered in his 42 U.S.C. § 1983 civil rights action. We lack appellate jurisdiction because the orders denying motions for appointment of counsel and for production of documents and a video are not appealable interlocutory orders.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-10889

*See Williams v. Catoe*, 946 F.3d 278, 279 (5th Cir. 2020) (en banc); *Texaco Inc. v. Louisiana Land & Expl. Co.*, 995 F.2d 43, 44 (5th Cir. 1993).

The IFP motion is DENIED, and the appeal is DISMISSED for lack of jurisdiction.